**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IMMERVISION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 21-1484-MN-CJB |
| | ) | |
| v. | ) | |
| | ) | |
| APPLE, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| IMMERVISION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 21-1570-MN-CJB |
| | ) | |
| v. | ) | |
| | ) | |
| APPLE, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| IMMERVISION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 21-1733-MN-CJB |
| | ) | |
| v. | ) | |
| | ) | |
| APPLE, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## <u>NOTICE OF SERVICE</u>

The undersigned counsel hereby certifies that a true and correct copy of the following

document was caused to be served on November 2, 2022, upon the following attorneys of record

as indicated below:

DEFENDANT APPLE INC.'S RESPONSES AND OBJECTIONS TO
PLAINTIFF IMMERVISION, INC.'S FIRST SET OF
INTERROGATORIES (NOS. 1-5) **[HIGHLY CONFIDENTIAL-
ATTORNEYS' EYES ONLY]**

**VIA ELECTRONIC MAIL**

John D. Simmons
Dennis J. Butler
Keith A. Jones
PANITCH SCHWARZE BELISARIO & NADEL LLP
Wells Fargo Tower
2200 Concord Pike, Suite 201
Wilmington, DE 19803
jsimmons@panitchlaw.com
dbutler@panitchlaw.com
kjones@panitchlaw.com

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
|  | By:  */s/ Bindu A. Palapura* |
| Michael T. Pieja | David E. Moore (#3983) |
| Doug Winnard | Bindu A. Palapura (#5370) |
| Shaun Zhang | Brandon R. Harper (#6418) |
| Jennifer M. Hartjes | Hercules Plaza, 6th Floor |
| GOLDMAN ISMAIL TOMASELLI BRENNAN | 1313 N. Market Street |
|   & BAUM LLP | Wilmington, DE  19801 |
| 200 South Wacker Drive, 22nd Floor | Tel:  (302) 984-6000 |
| Chicago, IL  60606 | dmoore@potteranderson.com |
| Tel:  (312) 681-6000 | bpalapura@potteranderson.com |
|  | bharper@potteranderson.com |

Dated:  November 3, 2022
10423627/12209.00047

*Attorneys for Defendant Apple Inc.*