May 22nd, 2023

VIA FEDERAL EXPRESS

The Honorable Christopher J. Burke
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

**HIGHLY CONFIDENTIAL-
ATTORNEYS' EYES ONLY
FILED UNDER SEAL**

Re: *ImmerVision, Inc. v. Apple Inc.* (D. Del. C.A. Nos. 21-1484-MN-CJB; 21-1570-MN-CJB; 21-1733-MN-CJB): Production of Settlement and License Agreement between Apple Inc., Sony Corporation, and Venson M. Shaw and Steven M. Shaw

Dear Honorable Judge BURKE and the CLERK OFFICE

Respectfully pursuant to your kind instruction in the Oral Order [D.I. 86] May 18, 2023, we have reviewed and cannot find any privacy information to be redacted in our Letter to Show Cause [D.I. 85]. Accordingly, we duly appreciate the Clerk Office please release the [D.I. 85].

Thank you very much for your kindness, we truly appreciated.

Respectfully,

_____          _____
Venson M Shaw              Steven M Shaw

4





TO REUSE: Mark through all previous shipping labels and barcodes.

Align top of FedEx Express® shipping label here.

ORIGIN ID:JSLA (425) 403-9988
VENSON M SHAW
111 RELOYES AVE
LEONIA, NJ 07605
UNITED STATES US

SHIP DATE: 22MAY23
ACTWGT: 1.05 LB
CAD: 6981817/SSF02420

BILL CREDIT CARD

TO US DISTRICT COURT OF DELAWARE
ATTN: CLERK OFFICE, UNIT 18
844 N. KING STREET
WILMINGTON DE 19801
(302) 573-6170

FedEx Express



TRK# 3986 4037 3560

WED - 24 MAY 10:30A
MORNING 2DAY

K6 ZWIA     19801
DE-US   PHL

Align bottom of peel-and-stick airbill or pouch here.